OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant, v. OTIS ELEVATOR COMPANY, Respondent.

Submitted October 4, 1943; decided October 14, 1943.

*Arthur K. Wing* and *James G. Purdy* for motion.

*Bertrand L. Pettigrew* and *Chauncey L. Grant* opposed.

Motion dismissed, without costs, on the ground that the application was not made within the time specified in section 592, subdivision 3, of the Civil Practice Act. (*Pollak* v. *Port Morris Bank,* 257 N. Y. 287, 288; *Low* v. *Bankers Trust Co.,* 265 N. Y. 264, 265; *Metropolitan Casualty Ins. Co.* v. *Public Nat. Bank & Trust Co.,* 262 N. Y. 614.) *

* See, also, *Morris* v. *Chemical Bank & Trust Co.* (291 N. Y. 646).— [REP.